**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JEFFERY TOLL,                                          CASE NO.: 0:21-cv-62527-JIC

    Plaintiff,

v.

BENNETT REEBER, ET AL.,

    Defendants.
_____/

## DEFENDANT'S NOTICE OF SETTLEMENT (ECF NO. 31)

    Defendant, Bennett Reeber, by and through counsel, hereby gives notice that the parties have reached a settlement of the disputes pending in this litigation, which had been set for hearing on January 12, 2023. *See* ECF No. 31. Documents effectuating the parties settlement will be filed shortly.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served on January 9, 2023 on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

    Respectfully submitted by,

    Gulisano Law, PLLC
    1701 North Federal Highway, Suite 4
    Boca Raton, FL 33432
    954-947-3972 – office
    michael@gulisanolaw.com – email

    s/ Michael Gulisano
    Michael Gulisano, Esquire
    Florida Bar No.: 87573